For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

■

STATE of Missouri, Respondent,

v.

Rowdy Merle OFFIELD, Jr., Appellant.

No. WD 74853.

Missouri Court of Appeals,
Western District.

Dec. 26, 2012.

Andrew C. Hooper, Jefferson City, for appellant.

Erika R. Eliason, Columbia, MO, for respondent.

Before Division Three: ALOK AHUJA, P.J., and VICTOR C. HOWARD and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Rowdy M. Offield was convicted of attempted escape from confinement in viola-tion of § 575.210, RSMo, following a jury trial in the Circuit Court of Saline County. Offield appeals, challenging the sufficiency of the evidence to support his conviction. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).